# EXHIBIT D

## Cahill Monthly Fee Statements and Invoices

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 2 of 61

16-11700-smb    Doc 203    Filed 08/19/16    Entered 08/19/16 13:59:40    Main Document
Pg 1 of 14

Objection Deadline: September 5, 2016

CAHILL GORDON & REINDEL LLP
Susan Buckley
Joel H. Levitin
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Special Litigation Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
Gawker Media LLC, *et al.*,[1]       :    Case No. 16-11700 (SMB)
                                    :
                  Debtors.          :    (Jointly Administered)
                                    :
-----------------------------------------------------------x

### FIRST MONTHLY STATEMENT OF CAHILL GORDON & REINDEL LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 10, 2016 THROUGH JULY 31, 2016

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 3 of 61

16-11700-smb    Doc 203    Filed 08/19/16    Entered 08/19/16 13:59:40    Main Document
Pg 2 of 14

Name of Applicant:                          Cahill Gordon & Reindel LLP

Authorized to Provide
Professional Services to:                   The Debtors

Date of Retention:                          August 11, 2016 *nunc pro tunc* to June 10, 2016

Period for Which Compensation and/or        June 10, 2016, through
Reimbursement is Sought:                    and including July 31, 2016

Total Amount of Compensation Sought
At Agreed Discounted Rates                  Fees:  $31,557.20
(Not Applying 20% Holdback for Fees)        Expenses:  $709.26

This is a(n) __X__ monthly ___ interim ___ final application.  No prior application was filed for this
Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) will be served in accordance with the Interim
Compensation Order (as defined herein), and any objections to the relief requested in this Monthly Fee
Statement must be addressed in accordance with the Interim Compensation Order.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 4 of 61

16-11700-smb    Doc 203    Filed 08/19/16    Entered 08/19/16 13:59:40    Main Document
Pg 3 of 14

Summary Chart of Previous Monthly Fee Statements and Fee Applications

| Monthly Fee Statements | | | |
|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested |
| N/A | | | |
| | | | |
| Fee Applications | | | |
| Date Filed | Period Covered | Fees Requested | Expenses Requested |
| N/A | | | |
| | | | |

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 5 of 61

16-11700-smb   Doc 203   Filed 08/19/16   Entered 08/19/16 13:59:40   Main Document
Pg 4 of 14

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by this Court on July 13, 2016 [Docket No. 94] (the "Interim Compensation Order"), Cahill Gordon & Reindel LLP ("Cahill"), Special Litigation Counsel to the debtors and debtors in possession in these proceedings (the "Debtors") with respect to the Mail Media Litigation (as defined in the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cahill dated July 25, 2016 (the "Cahill Retention Application") [Docket No. 131][3]), hereby files this monthly fee statement (this "Monthly Fee Statement") for the period of June 10, 2016 through and including July 31, 2016 (the "Fee Period") for (a) compensation in the amount of $31,557.20[4] for the actual and necessary legal services rendered by Cahill to the Debtors during the Fee Period (80% of which is $25,245.76), and (b) reimbursement for the actual and necessary expenses incurred by Cahill during the Fee Period in the amount of $709.26.

### Itemization of Services Rendered and Disbursements Incurred

In support of this Monthly Fee Statement, attached are the following exhibits:

Exhibit A is a schedule of the number of hours expended and fees incurred on an aggregate basis by Cahill's attorneys during the Fee Period with respect to certain categories.

---

[3] The Cahill Retention Application was granted by Order dated August 11, 2016 [Docket No. 169].

[4] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $9,000.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 6 of 61

16-11700-smb    Doc 203    Filed 08/19/16    Entered 08/19/16 13:59:40    Main Document
Pg 5 of 14

Exhibit B is a schedule providing certain information regarding the Cahill attorneys and paraprofessionals for whose work compensation is sought in this Monthly Fee Statement. Attorneys have expended a total of 39.70 hours in connection with the Debtors during the Fee Period.

Exhibit C is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cahill is seeking reimbursement in this Monthly Fee Statement.

Exhibit D consists of Cahill's invoice rendered to, and approved by, the Debtors, which includes time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Cahill requests that it be allowed reimbursement for its reasonable fees and expenses incurred during the Fee Period in the total amount of $25,955.02, consisting of (a) $25,245.76, which is 80% of the reasonable fees incurred by the Debtors for actual and necessary professional services rendered by Cahill, and (b) $709.26 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated: August 20, 2016
New York, New York

/s/ Joel H. Levitin
Susan Buckley
Joel H. Levitin
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
sgordon@cahill.com

*Special Litigation Counsel to the
Debtors and Debtors-in-Possession*

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 7 of 61

16-11700-smb    Doc 203    Filed 08/19/16    Entered 08/19/16 13:59:40    Main Document
Pg 6 of 14

## EXHIBIT A

### Statement of Fees by Subject Matter

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Retention | 29.10 | $23,280.00 |
| Mail Online Litigation | 10.60 | 8,277.20 |
| TOTAL | 39.70 | $31,557.20 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 8 of 61

16-11700-smb    Doc 203    Filed 08/19/16    Entered 08/19/16 13:59:40    Main Document
Pg 7 of 14

## EXHIBIT B

### Attorney Information

| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Susan Buckley | Partner | 1978 | Media Litigation | $800 | 29.8 | $23,840.00 |
| Kevin J. Burke | Partner | 1981 | Litigation | 800 | 1.60 | 1,280.00 |
| Joel H. Levitin | Partner | 1987 | Bankruptcy & Restructuring | 800 | 7.70 | 6,160.00 |
| Julia K. Wood | Associate | 2013 | Litigation | 462 | 0.60 | 277.20 |
| | | | | | | |
| TOTAL | | | | | 39.70 | $31,557.20 |

Blended Hourly Rate: $794.89

---

[5] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $9,000.

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 9 of 61

16-11700-smb   Doc 203   Filed 08/19/16   Entered 08/19/16 13:59:40   Main Document
Pg 8 of 14

## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period[6]

| Service Description | Amount |
|---|---|
| Computer Service Reports | $637.50 |
| Court Costs | 39.79 |
| Local Transportation | 31.97 |
| Total | $709.26 |

---

[6] Cahill submits that these expenses are reasonable and economical, are the type of expenses that are customarily charged to Cahill's non-bankruptcy clients, and reflect the actual amounts billed to, or paid by, Cahill on behalf of the Debtors.

EXHIBIT D

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 11 of 61

16-11700-smb   Doc 203   Filed 08/19/16   Entered 08/19/16 13:59:40   Main Document
Pg 10 of 14

Gawker Media LLC
114 Fifth Avenue
New York, NY 10011

242818

August 16, 2016

Re:  DIP Special Litigation Counsel

For professional services rendered in connection with the DIP
Special Litigation Counsel matter during the period ended July 31,
2016 ........................................................................................................   $     31,557.20

Disbursements and charges .....................................................................           709.26

TOTAL   $   32,266.46

GAWKER MEDIA LLC
DIP Special Litigation Counsel
Page 2

August 16 2016

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/10/16 | Wood, JK | Conversation with Ms. Buckley re: settlement agreements. | 0.10 |
| 06/12/16 | Buckley, S | Mem. to CO'C updating her on status of plaintiff's response on settlement (.20); e-corr. to/from CO'C re: same (.10). | 0.30 |
| 06/14/16 | Buckley, S | Rev. corr. from opposing counsel responding to settlement proposal (.10); respond to same (.10); briefly review their proposed revisions to settlement agreement (.30). | 0.50 |
| 06/15/16 | Buckley, S | Mem. to CO'C re: proposed revisions to settlement agreement and confidentiality issue. | 0.20 |
| 06/16/16 | Wood, JK | Email correspondence with Ms. O'Connor, Ms. Orso, and Ms. Buckley re: engagement letters for Jane-Claire Quigley, Max Read, and Tommy Craggs (.30). | 0.30 |
| 06/17/16 | Buckley, S | Rev. corr. from JWood re: individual retention agreements (.10); respond to same (.10) | 0.20 |
| 06/17/16 | Wood, JK | Email correspondence with Ms. O'Connor and Ms. Orso re: engagement letters for Jane-Claire Quigley, Max Read, and Tommy Craggs. | 0.20 |
| 06/21/16 | Buckley, S | Respond to questions from CO'C re: status and provide estimates per CO'C (.30); review revisions to settlement docs per plaintiff's counsel (.50); e-corr. to/from CO'C re: same and procedure going forward (.20). | 1.00 |
| 06/22/16 | Buckley, S | Rev. corr. from Oliveri re: settlement (.20); e-corr. CO'C re: same (.10); e-corr. to/from CO'C re: advice from bankruptcy counsel (.30); further correspondence re: impact of stay (.20); corr. to Oliveri re: status (.10); e-corr. CO'C re: same (.10). | 1.00 |
| 06/23/16 | Buckley, S | TCs with bankruptcy counsel for procedures going forward for settlement (.30); TCs KBurke and DJanuszewski re: impact on individual defendant and Ropes & Gray advice (.30); IF re: stip requirements as to damages/fees/costs as it relates to request for confidentiality (.40) | 1.00 |

GAWKER MEDIA LLC
DIP Special Litigation Counsel
Page 3

August 16, 2016

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/28/16 | Buckley, S | TC W. Hartnett re: bankruptcy retention (.10); TC KBurke re: bankruptcy procedure (.20); TC CO'C re: possible retention (.20); memo to R&G attaching current settlement documents (.30); e-corr. CO'C re: same (.20) | 1.00 |
| 06/30/16 | Buckley, S | E-corr. to/from Ropes Gray re: conference call on possible retention. | 0.20 |
| 07/01/16 | Buckley, S | Communications to/from R&G re: Cahill retention issues and motion. | 0.50 |
| 07/06/16 | Buckley, S | Conf. call Ropes and Gray re: schedule and motion to be filed on Monday (.40); TC KBurke re: same (.20); TC CO'C re: omnibus motion for approval of certain settlements and reaction to Mail Online's new proposal (.40). | 1.00 |
| 07/06/16 | Burke, KJ | Conf. call with Debtors' counsel re: 327(e) retention (.40); review and revise 327(e) retention application (1.20). | 1.60 |
| 07/07/16 | Buckley, S | Review and revise motion papers to be filed with bankruptcy court for Cahill retention (3.0); gather facts for same (1.60); mem. to R&G with additional comments (.40). | 5.00 |
| 07/08/16 | Buckley, S | TC KBurke re: notice to all Cahill employees (.20); gather additional facts for 327(e) motion (.60); draft riders for Buckley declaration (.90); conf. call Ropes & Gray attorneys re: timing and list (.30). | 2.00 |
| 07/11/16 | Buckley, S | E-corr. to/from JOliveri re: status of settlement. | 0.20 |
| 07/12/16 | Buckley, S | TC Joe Oliveri at Clare Locke re: procedure going forward and our comments on settlement issues outstanding (.30); e-corr. CO'C re: same (.10). | 0.40 |
| 07/13/16 | Buckley, S | Conf. call CO'C reporting on call with opposing counsel (.40); TCs KBurke re: conflict list forwarded by R&G (.30); TC SDasaro at R&G re: same (.20); e-corr KBurke and client re: conflict check (.30); draft new revised paragraph 1 of settlement agreement for CO'C and mem. re: same (.80). | 2.00 |
| 07/14/16 | Buckley, S | Discussions with CO'C re: R&G instructions (.50); e-corr. SDasaro re: conflict issues (.20); e-corr. to/from CO'C re: call with R&G on list (.20); e-corr. to/from | 2.00 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 14 of 61

16-11700-smb    Doc 203    Filed 08/19/16    Entered 08/19/16 13:59:40    Main Document
Pg 13 of 14

GAWKER MEDIA LLC
DIP Special Litigation Counsel
Page 4

August 16, 2016

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | CO'C on Heather instructions (.10); TC CO'C exploring options to reduce costs (.50); TC Gregg Galardi re: possible solution (.30); e-corr. to/from JLevitin re: Galardi advice (.20). | |
| 07/15/16 | Levitin, JH | Discussion w/ S. Buckley re: conflict process and follow up. | 0.50 |
| 07/15/16 | Buckley, S | TC Joel Levitin re: conflict list and TC with GGalardi (.20); prep memo to all Cahill employees re: SDNY judges, US Trustees, stock and other issues (1.0); do second conflict check for Gawker and review lists (.80); e-corr. R&G re: revised draft of motion (.30); rev. response (.40); review responses to all employee memo (.30). | 3.00 |
| 07/18/16 | Levitin, JH | Disc's w/ G. Galardi re: retention application issues (.3); Disc's w/ G. Zypes re: conflict check issues (.3); Disc's w/ S. Buckley re: status (.2). | 0.80 |
| 07/18/16 | Buckley, S | E-corr. and TC with MRoitmann at R&G re: current motion draft (.40); TC JLevitin re: call with US Trustee (.20). | 0.60 |
| 07/19/16 | Levitin, JH | Review of Sun Edison filings (1.0); revision of Buckley declaration (2.0). | 3.00 |
| 07/19/16 | Buckley, S | E-corr. to/from R&G and Joel Levitin re: draft motion and declaration (.40); review JLevitin revised draft and make additions (2.0); TC JLevitin re: outstanding questions (.20); gather additional financial data re: bills paid within 90 days (.30); e-corr. Administration re: rates (.20); further additions to draft per JLevitin (.70); circulate revised draft to R&G with answers to their questions (.20). | 4.00 |
| 07/20/16 | Buckley, S | E-corr. to/from SDasaro re: corporate entities who retained Cahill (.10); check engagement letter (.10). | 0.20 |
| 07/22/16 | Levitin, JH | Revising retention papers (2.0); discussions w/ S. Buckley re: same (.4). | 2.40 |
| 07/22/16 | Buckley, S | Review and revise current draft of application to appear as special litigation counsel (1.60); conf. JLevitin re: same (.40); e-corr. to/from R&G re: revisions (.20); TC JLevitin re: nunc pro tunc issue (.10); TC CO'C re: status (.20). | 2.50 |

GAWKER MEDIA LLC
DIP Special Litigation Counsel
Page 5

August 16, 2016

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/25/16 | Levitin, JH | Review of revised retentions application (.5); discussions w/ S. Buckley re: same (.2). | 0.70 |
| 07/25/16 | Buckley, S | TC JLevitin re: current drafts (.10); rev. new draft forwarded by R&G (.30); respond to R&G re: same (.10). | 0.50 |
| 07/26/16 | Levitin, JH | Review of as filed retention application. | 0.30 |
| 07/26/16 | Buckley, S | Rev. R&G filings of yesterday (.40); TC JLevitin re: Gawker notice sent to London and motion date (.10). | 0.50 |
| | | TOTAL TIME | 39.70 |

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Buckley, S | 800.00 | 29.80 | 23,840.00 |
| Burke, KJ | 800.00 | 1.60 | 1,280.00 |
| Levitin, JH | 800.00 | 7.70 | 6,160.00 |
| Wood, JK | 462.00 | 0.60 | 277.20 |
| TOTAL | | 39.70 | $31,557.20 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---------------------------|--------|
| Computer Service Reports | 637.50 |
| Court Costs | 39.79 |
| Local Transportation | 31.97 |
| Total Disbursements | $709.26 |

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 16 of 61

16-11700-smb   Doc 272   Filed 09/19/16   Entered 09/19/16 14:20:33   Main Document
Pg 1 of 12

Objection Deadline: October 5, 2016

CAHILL GORDON & REINDEL LLP
Susan Buckley
Joel H. Levitin
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Special Litigation Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
|                                           |   |                           |
|-------------------------------------------|---|---------------------------|
| In re                                     | : | Chapter 11                |
|                                           | : |                           |
| Gawker Media LLC, *et al.*,[1]            | : | Case No. 16-11700 (SMB)   |
|                                           | : |                           |
|                         Debtors.          | : | (Jointly Administered)    |
|                                           | : |                           |
--------------------------------------------------------x

## SECOND MONTHLY STATEMENT OF CAHILL GORDON & REINDEL LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 1, 2016 THROUGH AUGUST 31, 2016

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 17 of 61

16-11700-smb   Doc 272   Filed 09/19/16   Entered 09/19/16 14:20:33   Main Document
Pg 2 of 12

Name of Applicant:                          Cahill Gordon & Reindel LLP

Authorized to Provide
Professional Services to:                   The Debtors

Date of Retention:                          August 11, 2016 *nunc pro tunc* to June 10, 2016

Period for Which Compensation and/or        August 1, 2016, through
Reimbursement is Sought:                    and including August 31, 2016

Total Amount of Compensation Sought
At Agreed Discounted Rates                  Fees:  $25,440.00
(Not Applying 20% Holdback for Fees)        Expenses:  $99.16

This is a(n) $\underline{X}$ monthly ___ interim ___ final application.  No prior application was filed for this
Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) will be served in accordance with the Interim
Compensation Order (as defined herein), and any objections to the relief requested in this Monthly Fee
Statement must be addressed in accordance with the Interim Compensation Order.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 18 of 61

16-11700-smb    Doc 272    Filed 09/19/16    Entered 09/19/16 14:20:33    Main Document
Pg 3 of 12

Summary Chart of Previous Monthly Fee Statements and Fee Applications

| Monthly Fee Statements | | | |
|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested |
| August 19, 2016 | 6/10-7/31/16 | $31,557.20 | $709.26 |
| | | | |

| Fee Applications | | | |
|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested |
| N/A | | | |
| | | | |

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 19 of 61

16-11700-smb   Doc 272   Filed 09/19/16   Entered 09/19/16 14:20:33   Main Document
Pg 4 of 12

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code
(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals entered by this Court on July 13, 2016 [Docket No.
94] (the "Interim Compensation Order"), Cahill Gordon & Reindel LLP ("Cahill"), Special
Litigation Counsel to the debtors and debtors in possession in these proceedings (the "Debtors")
with respect to the Mail Media Litigation (as defined in the Debtors' Application for Entry of an
Order Authorizing the Retention and Employment of Cahill dated July 25, 2016 (the "Cahill
Retention Application") [Docket No. 131][3]), hereby files this monthly fee statement (this
"Monthly Fee Statement") for the period of August 1, 2016 through and including August 31,
2016 (the "Fee Period") for (a) compensation in the amount of $25,440.00[4] for the actual and
necessary legal services rendered by Cahill to the Debtors during the Fee Period (80% of which
is $20,352.00), and (b) reimbursement for the actual and necessary expenses incurred by Cahill
during the Fee Period in the amount of $99.16.

### Itemization of Services Rendered and Disbursements Incurred

In support of this Monthly Fee Statement, attached are the following exhibits:

Exhibit A is a schedule of the number of hours expended and fees incurred on an
aggregate basis by Cahill's attorneys during the Fee Period with respect to certain categories.

---

[3] The Cahill Retention Application was granted by Order dated August 11, 2016 [Docket No. 169].

[4] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well
below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to
approximately $8,000 for this period.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 20 of 61

16-11700-smb    Doc 272    Filed 09/19/16    Entered 09/19/16 14:20:33    Main Document
Pg 5 of 12

Exhibit B is a schedule providing certain information regarding the Cahill attorneys and paraprofessionals for whose work compensation is sought in this Monthly Fee Statement. Attorneys have expended a total of 31.80 hours in connection with the Debtors during the Fee Period.

Exhibit C is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cahill is seeking reimbursement in this Monthly Fee Statement.

Exhibit D consists of Cahill's invoice rendered to, and approved by, the Debtors, which includes time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Cahill requests that it be allowed reimbursement for its reasonable fees and expenses incurred during the Fee Period in the total amount of $20,451.16, consisting of (a) $20,352.00, which is 80% of the reasonable fees incurred by the Debtors for actual and necessary professional services rendered by Cahill, and (b) $99.16 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated:  September 19, 2016
          New York, New York

                                  /s/ Joel H. Levitin
                                  Susan Buckley
                                  Joel H. Levitin
                                  CAHILL GORDON & REINDEL LLP
                                  Eighty Pine Street
                                  New York, New York 10005
                                  Telephone: (212) 701-3000
                                  Facsimile: (212) 269-5420
                                  jlevitin@cahill.com
                                  sgordon@cahill.com

                                  *Special Litigation Counsel to the
                                  Debtors and Debtors-in-Possession*

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 21 of 61

16-11700-smb   Doc 272   Filed 09/19/16   Entered 09/19/16 14:20:33   Main Document
Pg 6 of 12

## EXHIBIT A

### Statement of Fees by Subject Matter

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Retention | 4.40 | $3,520.00 |
| Mail Online Litigation | 12.20 | $9,760.00 |
| Monthly Fee Statement | 15.20 | $12,160.00 |
| TOTAL | 31.80 | $25,440.00 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 22 of 61

16-11700-smb    Doc 272    Filed 09/19/16    Entered 09/19/16 14:20:33    Main Document
Pg 7 of 12

## EXHIBIT B

### Attorney Information

| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Susan Buckley | Partner | 1978 | Media Litigation | $800 | 18.20 | $14,560.00 |
| Joel H. Levitin | Partner | 1987 | Bankruptcy & Restructuring | 800 | 13.60 | $10,880.00 |
| | | | | | | |
| TOTAL | | | | | 31.80 | $25,440.00 |

Blended Hourly Rate: $800

---

[5] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $8,000 for this period.

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 23 of 61

16-11700-smb   Doc 272   Filed 09/19/16   Entered 09/19/16 14:20:33   Main Document
Pg 8 of 12

## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period[6]

| Service Description | Amount |
|---|---|
| Air Freight Delivery Charge | $19.46 |
| Reproduction | $14.70 |
| Word Processing | $65.00 |
| | |
| Total | $99.16 |

---

[6] Cahill submits that these expenses are reasonable and economical, are the type of expenses that are customarily charged to Cahill's non-bankruptcy clients, and reflect the actual amounts billed to, or paid by, Cahill on behalf of the Debtors.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 24 of 61

16-11700-smb    Doc 272    Filed 09/19/16    Entered 09/19/16 14:20:33    Main Document
Pg 9 of 12

FED. TAX ID NO. 13-5510029

WIRE TRANSFER
HSBC BANK USA, 110 WILLIAM STREET, N.Y., N.Y. 10088
ABA #021001088
CAHILL GORDON & REINDEL LLP
A/C #015-70965-5

Gawker Media LLC
114 Fifth Avenue
New York, NY 10011

BILL NO.

243609

CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702

September 14, 2016

Re: DIP Special Litigation Counsel

| | | |
|---|---|---|
| For professional services rendered in connection with the DIP Special Litigation Counsel matter during the period ended August 31, 2016 | $ | 25,440.00 |
| Disbursements and charges | | 99.16 |
| TOTAL | $ | 25,539.16 |

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices    Pg 25 of 61

16-11700-smb   Doc 272   Filed 09/19/16   Entered 09/19/16 14:20:33   Main Document
Pg 10 of 12

GAWKER MEDIA LLC                                          September 14, 2016
DIP Special Litigation Counsel
Page 2

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/04/16 | Levitin, JH | Review of retention of objection (.5); corresp. re: same (.2) | 0.70 |
| 08/04/16 | Buckley, S | Review objection by unsecured creditors to firm retentions (.40); communications with JLevitin re: same (.20) | 0.60 |
| 08/05/16 | Levitin, JH | Call to Simpson re: retention objection (.1); discussion's w/ S. Dasano re: response to objection (.2); discussion's w/ S. Buckley re: same (.2) | 0.50 |
| 08/07/16 | Buckley, S | Communications with JLevitin re: status of committee objection and Tuesday's hearing | 0.20 |
| 08/08/16 | Levitin, JH | Discussion's w/ M. Massell (STB) re: retention issues (.3); discussion's w/ G. Galardi re: retention (.2); discussion's w/ S. Buckley re: retention (.3); drafting language to support retention (.7). | 1.50 |
| 08/08/16 | Buckley, S | Communications with client concerning settlement terms and DMail position | 0.80 |
| 08/09/16 | Levitin, JH | Corresp. re: retention order and review of same. | 0.40 |
| 08/09/16 | Buckley, S | Communications with client re: new terms to propose to opposing counsel (.50); communications with Levitin re: how to deal with bankruptcy approval in agreement (.30); revising settlement agreement (1.0); e-corr. to/from CO'C re: outstanding settlement issues (.20) | 2.00 |
| 08/10/16 | Levitin, JH | Review of drafts of retention order (.3); corresp. re: same (.2); review and revision of draft settlement agreement (1.5); discussion's w/ S. Buckley re: same (.2). | 2.20 |
| 08/10/16 | Buckley, S | Communications with Levitin re: agreement (.40); revise settlement draft (1.0); conference call re: agreement terms (.60); communications with client re: same (.40); second revisions per points on call (.60); further TCs Levitin re: DM obligations (.40); mem. to opp. counsel (.20) | 3.60 |
| 08/11/16 | Levitin, JH | Review and revise settlement agreement (.3); and discussion's w/ S. Buckley re: same (.2) | 0.50 |

GAWKER MEDIA LLC                                                September 14, 2016
DIP Special Litigation Counsel
Page 3

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/11/16 | Buckley, S | Proof revised draft of SA and forward to JLevitin (.40); TC JLevitin re: draft (.20); revise draft (.30); TC CO'C re: revisions (.20); mem. to opposing counsel re: new drafts (.30); review compensation order sent to R&G (.20); communications with JLevitin re: fee application procedures (.40); mem. to James King re: status (.30) | 2.30 |
| 08/12/16 | Buckley, S | Gather info for fee application to bankruptcy court (1.0); prep. prebill for ultimate submission to bankruptcy court (1.0) | 2.00 |
| 08/15/16 | Levitin, JH | Review fee invoice (.3); drafting template for first monthly fee statement, including review of applications rates (3.0); Discussion's w. S. Buckley re: fee statement (.3). | 3.60 |
| 08/15/16 | Buckley, S | Working on fee application (.70); communications with JLevitin re: same (.20); review draft statement and other materials prepared by JLevitin and respond (.40) | 1.30 |
| 08/16/16 | Levitin, JH | Revising monthly fee statement and corresp. re: same. | 1.50 |
| 08/16/16 | Buckley, S | Revisions to fee application (.50); communications with JLevitin re: same (.30); e-corr. CO'C re: client approval of statement and privilege issues (.20) | 1.00 |
| 08/17/16 | Buckley, S | Review R&G comments on fee app (.10) | 0.10 |
| 08/18/16 | Levitin, JH | Corresp and discussion's w/ S. Buckley re: fee statement. | 0.20 |
| 08/18/16 | Buckley, S | Review and categorize time entries for fee application (.80); communications with JLevitin re: motion papers (.40); communications with CO'C re: fee application (.30); communications to CO'C re: Gawker shutting down (.40); TC JOliveri re: status of Daily Mail review of drafts (.20); report to CO'C re: call with Oliveri (.20) | 2.30 |
| 08/19/16 | Levitin, JH | Review and revise fee statement for filing and corresp. re: same (2.0); discussion's w/ S. Buckley re: implementation of settlement (.2). | 2.00 |
| 08/19/16 | Buckley, S | Communications with CO'C re: effectuating settlement obligations (.50); TC JLevitin re: same (.20) | 0.70 |
| 08/23/16 | Buckley, S | Communications with JLevitin re: pre-petition work (.20); communications with CO'C re: same (.30); review all entries for privilege (.40) | 0.90 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 27 of 61

16-11700-smb    Doc 272    Filed 09/19/16    Entered 09/19/16 14:20:33    Main Document
Pg 12 of 12

GAWKER MEDIA LLC                                              September 14, 2016
DIP Special Litigation Counsel
Page 4

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/24/16 | Levitin, JH | Finalizing and submitting proof of claim. | 0.50 |
| 08/29/16 | Buckley, S | Communications with opposing counsel re: current drafts of agreement (.20); communications with client re: same (.20) | 0.40 |

TOTAL TIME                                                             31.80

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Buckley, S | 800.00 | 18.20 | 14,560.00 |
| Levitin, JH | 800.00 | 13.60 | 10,880.00 |
| TOTAL | | 31.80 | $25,440.00 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---------------------------|--------|
| Air Freight Delivery Charge | 19.46 |
| Reproduction | 14.70 |
| Word Processing | 65.00 |
| Total Disbursements | $99.16 |

Objection Deadline: November4, 2016

CAHILL GORDON & REINDEL LLP
Susan Buckley
Joel H. Levitin
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Special Litigation Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------x

THIRD MONTHLY STATEMENT OF CAHILL GORDON & REINDEL LLP
AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Name of Applicant:                                Cahill Gordon & Reindel LLP

Authorized to Provide
Professional Services to:                         The Debtors

Date of Retention:                                August 11, 2016 *nunc pro tunc* to June 10, 2016

Period for Which Compensation and/or             September 1, 2016, through
Reimbursement is Sought:                          and including September 30, 2016

Total Amount of Compensation Sought
At Agreed Discounted Rates                        Fees:  $7,360.00
(Not Applying 20% Holdback for Fees)              Expenses:  $32.50

This is a(n) __X__ monthly ___ interim ___ final application.  No prior application was filed for this
Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) will be served in accordance with the Interim
Compensation Order (as defined herein), and any objections to the relief requested in this Monthly Fee
Statement must be addressed in accordance with the Interim Compensation Order.

### Summary Chart of Previous Monthly Fee Statements and Fee Applications

| Monthly Fee Statements | | | | | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Paid to Date | Expenses Paid to Date |
| August 19, 2016 | 6/10-7/31/16 | $31,557.20 | $709.26 | $25,245.76 | $709.26 |
| September 19, 2016 | 8/1/16-8/31/16 | $25,440.00 | $99.16 | $20,352.00 | $99.16 |
| | | | | | |
| Fee Applications | | | | | |
| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Paid to Date | Expenses Paid to Date |
| N/A | | | | | |
| | | | | | |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 31 of 61

16-11700-smb    Doc 358    Filed 10/19/16    Entered 10/19/16 14:01:15    Main Document
Pg 4 of 12

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by this Court on July 13, 2016 [Docket No. 94] (the "Interim Compensation Order"), Cahill Gordon & Reindel LLP ("Cahill"), Special Litigation Counsel to the debtors and debtors in possession in these proceedings (the "Debtors") with respect to the Mail Media Litigation (as defined in the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cahill dated July 25, 2016 (the "Cahill Retention Application") [Docket No. 131][3]), hereby files this monthly fee statement (this "Monthly Fee Statement") for the period of September 1, 2016 through and including September 30, 2016 (the "Fee Period") for (a) compensation in the amount of $7,360.00[4] for the actual and necessary legal services rendered by Cahill to the Debtors during the Fee Period (80% of which is $5,888.00), and (b) reimbursement for the actual and necessary expenses incurred by Cahill during the Fee Period in the amount of $32.50.

### Itemization of Services Rendered and Disbursements Incurred

In support of this Monthly Fee Statement, attached are the following exhibits:

Exhibit A is a schedule of the number of hours expended and fees incurred on an aggregate basis by Cahill's attorneys during the Fee Period with respect to certain categories.

---

[3] The Cahill Retention Application was granted by Order dated August 11, 2016 [Docket No. 169].

[4] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $3,000.00 for this period.

Exhibit B is a schedule providing certain information regarding the Cahill attorneys and paraprofessionals for whose work compensation is sought in this Monthly Fee Statement. Attorneys have expended a total of 9.20 hours in connection with the Debtors during the Fee Period.

Exhibit C is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cahill is seeking reimbursement in this Monthly Fee Statement.

Exhibit D consists of Cahill's invoice rendered to, and approved by, the Debtors, which includes time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Cahill requests that it be allowed reimbursement for its reasonable fees and expenses incurred during the Fee Period in the total amount of $5,920.50, consisting of (a) $5,888.00, which is 80% of the reasonable fees incurred by the Debtors for actual and necessary professional services rendered by Cahill, and (b) $32.50 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated: October 19, 2016
     New York, New York

                    /s/ Joel H. Levitin
                    Susan Buckley
                    Joel H. Levitin
                    CAHILL GORDON & REINDEL LLP
                    Eighty Pine Street
                    New York, New York 10005
                    Telephone: (212) 701-3000
                    Facsimile: (212) 269-5420
                    jlevitin@cahill.com
                    sgordon@cahill.com

                    *Special Litigation Counsel to the*
                    *Debtors and Debtors-in-Possession*

## EXHIBIT A

### Statement of Fees by Subject Matter

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Mail Online Litigation | 5.30 | $4,240.00 |
| Monthly Fee Statement | 3.90 | $3,120.00 |
| | | |
| TOTAL | 9.20 | $7,360.00 |

## EXHIBIT B

### Attorney Information

| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate[5] | Total Hours Billed | Total Compensation |
|----------|----------|----------------------------|------------|------------------------|--------------------|--------------------|
| Susan Buckley | Partner | 1978 | Media Litigation | $800 | 8.00 | $6,400.00 |
| Joel H. Levitin | Partner | 1987 | Bankruptcy & Restructuring | 800 | 1.20 | $960.00 |
| | | | | | | |
| TOTAL | | | | | 9.20 | $7,360.00 |

Blended Hourly Rate: $800

---

[5] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $3,000 for this period.

## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period[6]

| Service Description | Amount |
|:---:|:---:|
| Word Processing | $32.50 |
| Total | $32.50 |

---

[6] Cahill submits that these expenses are reasonable and economical, are the type of expenses that are customarily charged to Cahill's non-bankruptcy clients, and reflect the actual amounts billed to, or paid by, Cahill on behalf of the Debtors.

EXHIBIT D

FED. TAX ID NO. 13-5510029

Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street
33rd Floor
New York, NY 10022

WIRE TRANSFER
HSBC BANK USA, 110 WILLIAM STREET, N.Y., N.Y. 10038
ABA #021001088
CAHILL GORDON & REINDEL LLP
A/C #015-70965-5

BILL NO.

CAHILL GORDON & REINDEL LLP          244590
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702          October 12, 2016

Re:  DIP Special Litigation Counsel

For professional services rendered in connection with the DIP
Special Litigation Counsel matter during the period ended
September 30, 2016................................................................................. $      7,360.00

Disbursements and charges ......................................................................          32.50

                                                    TOTAL      $      7,392.50

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 38 of 61

16-11700-smb   Doc 358   Filed 10/19/16   Entered 10/19/16 14:01:15   Main Document
Pg 11 of 12

GAWKER MEDIA LLC
DIP Special Litigation Counsel
Page 2

October 12, 2016

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/12/16 | Buckley, S | E-corr to/from COC re: current status of settlement and Gawker archives | 0.30 |
| 09/13/16 | Buckley, S | E-corr. COC re: settlement issues (.10); e-corr to/from J. Levitin re: objections not received (.10) | 0.20 |
| 09/14/16 | Levitin, JH | Preparing August fee statement and corresp re same. | 0.50 |
| 09/14/16 | Buckley, S | Rev. corr. from Oliveri re settlement progress (.10); e-mem. COC re: same (.10); rev. Levitin template and rev. draft of monthly statement details. (.20) | 0.40 |
| 09/15/16 | Levitin, JH | Corresp w/ S Buckley regarding statement issues. | 0.20 |
| 09/15/16 | Buckley, S | Internal communications re: monthly fee statement for August | 0.30 |
| 09/16/16 | Buckley, S | Gathering information for monthly statement (.50); categorizing all time for monthly statement (.50); revise draft of statement (1.0) | 2.00 |
| 09/19/16 | Levitin, JH | Finalizing fee statement for filing (.4) and discussions w/ S Buckley re same (.1). | 0.50 |
| 09/19/16 | Buckley, S | TC J. Levitin re: today's filing | 0.10 |
| 09/20/16 | Buckley, S | Rev. corr. from opposing counsel (.10); review his revised draft of settlement agreement (.40); mem. to client re: proposed revisions and suggested response (.30); e-corr to/from S. Abdel re: litigation going forward (.20) | 1.00 |
| 09/21/16 | Buckley, S | Rev. COC comments on new draft and respond | 0.40 |
| 09/23/16 | Buckley, S | Rev. mem. from COC and respond (.40); communications with new counsel for Gawker (.20) | 0.60 |
| 09/28/16 | Buckley, S | Correspondence with Will Holden re: settlement (.30); rev. corr. from opposing counsel re: same (.10) | 0.40 |
| 09/29/16 | Buckley, S | Prep. for conference call re: settlement (.30); conf. call Will Holden re: settlement (.50); e-corr. and TC opposing counsel (.50); revise settlement docs per discussions (.70); mem. to Holden re: revisions (.30) | 2.30 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 39 of 61

16-11700-smb    Doc 358    Filed 10/19/16    Entered 10/19/16 14:01:15    Main Document
Pg 12 of 12

GAWKER MEDIA LLC                                                                     October 12, 2016
DIP Special Litigation Counsel
Page 3

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
|      |      | TOTAL TIME  | 9.20  |

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Buckley, S | 800.00 | 8.00 | 6,400.00 |
| Levitin, JH | 800.00 | 1.20 | 960.00 |
| TOTAL |  | 9.20 | $7,360.00 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---------------------------|--------|
| Word Processing | 32.50 |
| Total Disbursements | $32.50 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 40 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 1 of 13

Objection Deadline: December 5, 2016

CAHILL GORDON & REINDEL LLP
Susan Buckley
Joel H. Levitin
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Special Litigation Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
Gawker Media LLC, *et al.*,[1]              :    Case No. 16-11700 (SMB)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
------------------------------------------------------x

### FOURTH MONTHLY STATEMENT OF CAHILL GORDON & REINDEL LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).    The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 41 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 2 of 13

Name of Applicant:                              Cahill Gordon & Reindel LLP

Authorized to Provide
Professional Services to:                       The Debtors

Date of Retention:                              Augnst 11, 2016 *nunc pro tunc* to June 10, 2016

Period for Which Compensation and/or           October 1, 2016, through
Reimbursement is Sought:                        and including October 31, 2016

Total Amount of Compensation Sought
At Agreed Discounted Rates                      Fees: $18,403.40
(Not Applying 20% Holdback for Fees)            Expenses: $56.97

This is a(n) $\underline{X}$ monthly ___ interim ___ final application. No prior application was filed for this
Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) will be served in accordance with the Interim
Compensation Order (as defined herein), and any objections to the relief requested in this Monthly Fee
Statement must be addressed in accordance with the Interim Compensation Order.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 42 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 3 of 13

<u>Summary Chart of Previous Monthly Fee Statements and Fee Applications</u>

| Monthly Fee Statements | | | | | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Paid to Date | Expenses Paid to Date |
| August 19, 2016 | 6/10-7/31/16 | $31,557.20 | $709.26 | $25,245.76 | $709.26 |
| September 19, 2016 | 8/1/16-8/31/16 | $25,440.00 | $99.16 | $20,352.00 | $99.16 |
| October 19, 2016 | 9/1/16-9/30/16 | $7,360.00 | $32.50 | $5,888.00 | $32.50 |
| | | | | | |
| Fee Applications | | | | | |
| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Paid to Date | Expenses Paid to Date |
| November 7, 2016 | 6/10/16-9/30/16 | $64,357.20 | $840.92 | $51,485.76 | $840.92 |
| | | | | | |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 43 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 4 of 13

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by this Court on July 13, 2016 [Docket No. 94] (the "Interim Compensation Order"), Cahill Gordon & Reindel LLP ("Cahill"), Special Litigation Counsel to the debtors and debtors in possession in these proceedings (the "Debtors") with respect to the Mail Media Litigation (as defined in the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cahill dated July 25, 2016 (the "Cahill Retention Application") [Docket No. 131][3]), hereby files this monthly fee statement (this "Monthly Fee Statement") for the period of October 1, 2016 through and including October 31, 2016 (the "Fee Period") for (a) compensation in the amount of $18,403.40[4] for the actual and necessary legal services rendered by Cahill to the Debtors during the Fee Period (80% of which is $14,722.72), and (b) reimbursement for the actual and necessary expenses incurred by Cahill during the Fee Period in the amount of $56.97.

### Itemization of Services Rendered and Disbursements Incurred

In support of this Monthly Fee Statement, attached are the following exhibits:

Exhibit A is a schedule of the number of hours expended and fees incurred on an aggregate basis by Cahill's attorneys during the Fee Period with respect to certain categories.

---

[3] The Cahill Retention Application was granted by Order dated August 11, 2016 [Docket No. 169].

[4] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $7,000 for this period.

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 44 of 61

16-11700-smb   Doc 469   Filed 11/18/16   Entered 11/18/16 16:37:59   Main Document
Pg 5 of 13

Exhibit B is a schedule providing certain information regarding the Cahill attorneys and paraprofessionals for whose work compensation is sought in this Monthly Fee Statement. Attorneys have expended a total of 23.30 hours in connection with the Debtors during the Fee Period.

Exhibit C is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cahill is seeking reimbursement in this Monthly Fee Statement.

Exhibit D consists of Cahill's invoice rendered to, and approved by, the Debtors, which includes time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Cahill requests that it be allowed reimbursement for its reasonable fees and expenses incurred during the Fee Period in the total amount of $14,779.69, consisting of (a) $14,722.72, which is 80% of the reasonable fees incurred by the Debtors for actual and necessary professional services rendered by Cahill, and (b) $56.97 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated:   November 18, 2016
         New York, New York

/s/ Joel H. Levitin
Susan Buckley
Joel H. Levitin
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
sgordon@cahill.com

*Special Litigation Counsel to the
Debtors and Debtors-in-Possession*

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 45 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 6 of 13

## EXHIBIT A

### Statement of Fees by Subject Matter

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Mail Online Litigation | 15.50 | $12,163.40 |
| Fee Applications and Statements | 7.80 | $6,240.00 |
| | | |
| TOTAL | 23.30 | $18,403.40 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 46 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 7 of 13

## EXHIBIT B

### Attorney Information

| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Susan Buckley | Partner | 1978 | Media Litigation | $800 | 17.90 | $14,320.00 |
| Joel H. Levitin | Partner | 1987 | Bankruptcy & Restructuring | 800 | 4.70 | $3,760.00 |
| Julia Wood | Associate | 2012 | Media Litigation | 462 | 0.70 | $323.40 |
| | | | | | | |
| TOTAL | | | | | 23.30 | $18,403.40 |

Blended Hourly Rate: $789.95

---

[5] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $7,000 for this period.

16-11700-smb Doc 875-4 Filed 04/20/17 Entered 04/20/17 12:14:09 Exhibit
D-Monthly Fee Statements and Invoices Pg 47 of 61

16-11700-smb Doc 469 Filed 11/18/16 Entered 11/18/16 16:37:59 Main Document
Pg 8 of 13

## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period[6]

| Service Description | Amount |
|---|---|
| Court Costs | $40.72 |
| Word Processing | 16.25 |
| Total | $56.97 |

---

[6] Cahill submits that these expenses are reasonable and economical, are the type of expenses that are customarily charged to Cahill's non-bankruptcy clients, and reflect the actual amounts billed to, or paid by, Cahill on behalf of the Debtors.

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 48 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 9 of 13

## EXHIBIT D

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 49 of 61

16-11700-smb   Doc 469   Filed 11/18/16   Entered 11/18/16 16:37:59   Main Document
Pg 10 of 13

FED. TAX ID NO. 13-5510029

Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street
33rd Floor
New York, NY 10022

WIRE TRANSFER
HSBC BANK USA, 110 WILLIAM STREET, N.Y., N.Y. 10098
ABA #021001088
CAHILL GORDON & REINDEL LLP
A/C #015-70965-5

BILL NO.

CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702

245734

November 15, 2016

Re: DIP Special Litigation Counsel

For professional services rendered in connection with the DIP
Special Litigation Counsel matter during the period ended October
31, 2016......................................................................................... $    18,403.40

Disbursements and charges .....................................................        56.97

TOTAL    $    18,460.37

16-11700-smb   Doc 875-4   Filed 04/20/17   Entered 04/20/17 12:14:09   Exhibit
D-Monthly Fee Statements and Invoices   Pg 50 of 61

16-11700-smb   Doc 469   Filed 11/18/16   Entered 11/18/16 16:37:59   Main Document
Pg 11 of 13

GAWKER MEDIA LLC                                                          November 15, 2016
DIP Special Litigation Counsel
Page 2

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 10/03/16 | Buckley, S | E-corr. WHolden re: revised draft (.10); respond to questions from GGallardi re: settlement (.10) | 0.20 |
| 10/04/16 | Buckley, S | Rev. response from Will Holden (.10); revise current draft of agreement per same (.40); arrange for redline for opposing counsel (.10); further revisions on agreement (.40); corr. Holden re: timing (.20); corr. opposing counsel with revised draft (.20); mem. to James King (.20) | 1.60 |
| 10/05/16 | Buckley, S | Communications with WHolden re: settlement issues (.20) | 0.20 |
| 10/12/16 | Buckley, S | Rev. mem. from opposing counsel re: settlement details (.20); mem. to James King requesting his consent (.20); mem. to WHolden re: settlement posture and request for details (.40); rev. prior discussions re: illustration to respond (.20) | 1.00 |
| 10/13/16 | Buckley, S | E-corr. JKing re: reactions to settlement agreement (.10); further communications James King (.20) | 0.30 |
| 10/14/16 | Buckley, S | Communications with opposing counsel re: final settlement details (.20); e-corr. to/from WHolden re: status of consultant (.20) | 0.40 |
| 10/17/16 | Levitin, JH | Review and revise fee statement. | 0.40 |
| 10/17/16 | Buckley, S | Prepare September monthly statement (1.70); communications with JLevitin re: same (.20); revise statement to incorporate JL suggestions and new additions to chart (.40) | 2.30 |
| 10/18/16 | Levitin, JH | Discussions w/ S Buckley re finalizing fee statement. | 0.10 |
| 10/18/16 | Buckley, S | Rev. JOliveri mem. re: parties needed to sign (.20); research corr. in June re: same (.30); respond to JOliveri re: request to substitute/remove Mail Media (.40); e-corr. to/from WHolden re: status of consultant (.20); TC JLevitin re: filing/service of monthly statement (.20); inquiries re: fees and expenses received to date (.40); e-corr. to Holden re: approval of September statement (.10) | 1.80 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 51 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 12 of 13

GAWKER MEDIA LLC                                                    November 15, 2016
DIP Special Litigation Counsel
Page 3

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/19/16 | Levitin, JH | Discussions w/ S Buckley re settlement issues. | 0.20 |
| 10/19/16 | Buckley, S | E-corr. and TC with JLevitin re: entity issue raised by plaintiffs (.30); e-corr. and TC JWood re: motion to amend/substitute (.40); rev. King employment contract (.30); finalize monthly fee statement and corr. re: filing and service (.50); draft response to plaintiffs counsel's comments/revisions on settlement documents and circulate (.50); rev. comments from internal team re: same (.20); revise corr. to plaintiffs counsel and circulate (.20); communications with Ropes and Gray (.20); rev. current draft of settlement docs re: Daily Mail entity issue (.20); e-corr. and TC JWood re: same (.20) | 3.00 |
| 10/19/16 | Wood, JK | Review James King independent contractor agreement and settlement agreement (.30); review emails from Mr. Oliveri re: entity for settlement agreement and consider consequences (.30); discuss with Ms. Buckley (.10). | 0.70 |
| 10/20/16 | Buckley, S | Communications with opposing counsel re: DM entity issue for settlement documents (.50); communications with WHolden re: issues concerning Gawker's effectuation of settlement (.30) | 0.80 |
| 10/24/16 | Levitin, JH | Discussions w/ S Buckley regarding settlement details and logistics. | 0.20 |
| 10/24/16 | Buckley, S | Communications with JLevitin re: plaintiffs proposal to amend its pleading in conjunction with settlement (.30); communications with MMcLaughlin re: procedures available in NYS to deal with plaintiffs issue (.30); draft proposed notice and transmit to plaintiffs counsel for potential resolution of entity issue (.50) | 1.10 |
| 10/25/16 | Buckley, S | Communications with Will Holden re: status of settlement (.20); prep. package of current drafts of all settlement papers for WHolden (.60); rev. WHolden draft instructions for settlement and respond (.20) | 1.00 |
| 10/26/16 | Buckley, S | Communications with Managing Clerks re: status conference tomorrow (.30); pull and review scheduling order in prep. for conference (.20); corr. to plaintiffs counsel re: status of settlement (.20) | 0.70 |
| 10/27/16 | Buckley, S | Attend status conference before Justice Reed including discussions with law secretary and courtroom deputy re: adjournment (2.50); communications with local counsel | 3.50 |

16-11700-smb    Doc 875-4    Filed 04/20/17    Entered 04/20/17 12:14:09    Exhibit
D-Monthly Fee Statements and Invoices    Pg 52 of 61

16-11700-smb    Doc 469    Filed 11/18/16    Entered 11/18/16 16:37:59    Main Document
Pg 13 of 13

GAWKER MEDIA LLC                                                    November 15, 2016
DIP Special Litigation Counsel
Page 4

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| | | re: plaintiffs, Clare Locke and WHolden re: proceedings in court (1.0) | |
| 10/31/16 | Levitin, JH | Review of sale filings re assumption of liabilities (1.50); discussions with S. Buckley re: same (.20); discussions with G. Galardi re: payments (.30); discussions with J. Gill re: APA terms (.30); begin preparation of first interim fee application (1.50). | 3.80 |

TOTAL TIME                                                                       23.30

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Buckley, S | 800.00 | 17.90 | 14,320.00 |
| Levitin, JH | 800.00 | 4.70 | 3,760.00 |
| Wood, JK | 462.00 | 0.70 | 323.40 |
| TOTAL | | 23.30 | $18,403.40 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---|---|
| Court Costs | 40.72 |
| Word Processing | 16.25 |
| Total Disbursements | $56.97 |

FED. TAX ID NO. 13-5510029

Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street
33rd Floor
New York, NY 10022

WIRE TRANSFER
HSBC BANK USA, 110 WILLIAM STREET, N.Y., N.Y. 10038
ABA #021001088
CAHILL GORDON & REINDEL LLP
A/C #015-70965-5

BILL NO.

CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702

246693

December 14, 2016

Re: Gawker-DIP Special Litigation Counsel (Mail Online)

For professional services rendered in connection with the DIP
Special Litigation Counsel matter during the period ended
November 30, 2016 .................................................................................    $    21,680.00

                                                          TOTAL         $    21,680.00

GAWKER MEDIA LLC                                                December 14, 2016
DIP Special Litigation Counsel
Page 2

FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/01/16 | Buckley, S | Rev. CPLR provisions re: requirements for discontinuance | 0.40 |
| 11/02/16 | Buckley, S | E-corr. Oliveri re: status of his clients deliberations (.10); revise agreement to incorporate comments from WHolden (.40); TC JLevitin re: status (.10) | 0.60 |
| 11/03/16 | Buckley, S | Rev. mem. from JOliveri re: his proposed course of action (.20); TCs MMcLoughlin re: county clerk requirements (.30); mem. to WHolden re: settlement issues raised by plaintiff (.50); TC WHolden re: same (.30) | 1.30 |
| 11/04/16 | Buckley, S | E-corr. JOliveri re: proposed notice (.10); revise stipulation to add additional parties (.40); revise agreement to conform to notice (.50); e-mem. MMcLoughlin re: notice (.10) | 1.10 |
| 11/07/16 | Levitin, JH | Corresp re fee application. | 0.30 |
| 11/07/16 | Levitin, JH | Prep of fee application. | 4.00 |
| 11/07/16 | Buckley, S | TC JLevitin re: interim fee application (.10); rev. template provided by Ropes & Gray (.30); draft description of services provided through 9/30 (.50); review and revise JL drafts of interim fee application (1.0); provide comments on final draft (.20) | 2.10 |
| 11/08/16 | Buckley, S | TC WHolden re: monthly fee statements (.20); e-corr. and TC Maura McLoughlin re: discontinuance steps (.20) | 0.40 |
| 11/14/16 | Levitin, JH | Discussions w/ G Zipes of US Trustee's office re Ledes data. | 0.20 |
| 11/14/16 | Buckley, S | Review and revise notice (.20); revisions to agreement (1.0); communications with WHolden re: revisions to agreement (.40); communications with WHolden re: AIG inquiries (.30); e-corr. JWood re: plaintiffs filing of today (.10) | 2.00 |
| 11/15/16 | Levitin, JH | Coordinating to obtain Ledes data files for fee application. | 0.50 |
| 11/15/16 | Buckley, S | Communications with WHolden re: fee application | 0.30 |

GAWKER MEDIA LLC                                                    December 14, 2016
DIP Special Litigation Counsel
Page 3

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | matters | |
| 11/16/16 | Buckley, S | Communications with WHolden re: settlement details | 0.20 |
| 11/17/16 | Levitin, JH | Review of monthly fee statement and corresp re same. | 0.50 |
| 11/17/16 | Buckley, S | Draft fourth monthly fee statement (1.20); TC opposing counsel re: status (.20); circulate draft for comments (.10); revise and finalize fee statement (.30); e-corr. WHolden re: plaintiffs response (.20) | 2.00 |
| 11/18/16 | Buckley, S | TC Managing Clerks re: filing today (.10); finalize exhibits (.20); e-corr. Managing Clerks with final (.10); 2 TCs JLevitin re: settlement timing (.20); e-corr. to/from JLevitin re: request from Ropes & Gray (.20) | 0.80 |
| 11/21/16 | Levitin, JH | Review of settlement. | 0.50 |
| 11/21/16 | Buckley, S | Rev. corr. from opposing counsel re: additional signators (.20); revise and finalize all settlement documents (1.80); communications with WHolden re: final drafts (.20); final revisions per Will Holden (.20); circulate final drafts to client, opposing counsel and James King for execution (.40); communications with Ropes & Gray re: motion for approval (.30); communications with Levitin re: motion (.20) | 3.30 |
| 11/22/16 | Buckley, S | Communications with Univision re: payment issues | 0.10 |
| 11/28/16 | Buckley, S | Communications with WHolden re: execution of agreement (.20); rev. agreement received (.20); communications JKing re: execution (.2); conference James King re: execution (.40) | 1.00 |
| 11/29/16 | Levitin, JH | Review of settlement agreement and executed draft settlement motion. | 1.00 |
| 11/29/16 | Buckley, S | Communications with client re: settlement execution (.30); communication with JOliveri re: same (.40); finalize all documents and exchange execution pages (.80); mem. to Ropes re: motion (.30); review and comment on Ropes motion (.40); corr. Ropes re: motion (.20); TC JKing re: proof of claim lawyer (.10); communications with JL re: UST comments on applications (.30) | 2.80 |
| 11/30/16 | Levitin, JH | Review of expense back-up and corresp re same to UST. | 0.50 |

GAWKER MEDIA LLC                                                    December 14, 2016
DIP Special Litigation Counsel
Page 4

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/30/16 | Buckley, S | Respond to US Trustee request for back-up and describe same (.40); TCs JLevitin re: UST comments (.20); e-corr. JOliveri re: filed motion (.20); collect fee info for R&G and corr. re: same (.40) | 1.20 |

TOTAL TIME                                        27.10

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Buckley, S | 800.00 | 19.60 | 15,680.00 |
| Levitin, JH | 800.00 | 7.50 | 6,000.00 |
| TOTAL | | 27.10 | $21,680.00 |

FED. TAX ID NO. 13-5510029

WIRE TRANSFER
HSBC BANK USA, 110 WILLIAM STREET, N.Y., N.Y. 10038
ABA #021001088
CAHILL GORDON & REINDEL LLP
A/C #015-70965-5

Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street
33rd Floor
New York, NY 10022

BILL NO.

CAHILL GORDON & REINDEL LLP        247763
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702

February 8, 2017

Re: DIP Special Litigation Counsel

For professional services rendered in connection with the DIP
Special Litigation Counsel matter during the period ended
December 31, 2016 .................................................................................  $   8,080.00

Disbursements and charges ....................................................................      40.88

                                                      TOTAL     $   8,120.88

GAWKER MEDIA LLC                                                    February 8, 2017
DIP Special Litigation Counsel
Page 2

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/06/16 | Buckley, S | E-corr. to/from WHolden re: insurance issues for litigation (.20); mem. to AIG re: same (.20); gather additional info for AIG request (.40) | 0.80 |
| 12/13/16 | Buckley, S | TC JLevitin re: hearing on Thursday (.10); rev. mem. from JLevitin re: UST response (.10); TC NMarcantonio re: status conference in NY Supreme (.20); rev. Justice Reed rules on adjournment (.20); draft letter to part clerk (.30); TC NMarcantonio re: procedure (.10); TC part clerk re: requesting adjournment (.20); TC Joe Oliveri re: same (.10); draft email re: conference (.30); e-corr. to/from NMarcantonio (.20) | 1.80 |
| 12/14/16 | Buckley, S | Rev. corr. from Sct clerk's office (.10); corr. opposing counsel re: adjournment of conference (.10); corr. WHolden re: November statement (.10); correspondence with JLevitin and Ropes & Gray re: hearing tomorrow (.20); prep for hearing (.50) | 1.00 |
| 12/15/16 | Buckley, S | Attend and participate in hearing before Bankruptcy Court (1.0); communications with JLevitin and Ropes & Gray re: same (.50) | 1.50 |
| 12/20/16 | Buckley, S | TC JLevitin re: hearing on 12/29 | 0.20 |
| 12/23/16 | Buckley, S | Communications with Ropes & Gray, J. Levitin and Will Holden re: 12/29 hearing | 0.50 |
| 12/27/16 | Buckley, S | Mem. to WHolden re: settlement obligations and timing | 0.40 |
| 12/28/16 | Buckley, S | Rev. order on settlement (.10); instructions to client and communications regarding compliance (.80); communications with JLevitin and Ropes & Gray re: hearing 12/29 (.50); corr. opposing counsel re: hearing (.30) | 1.70 |
| 12/29/16 | Buckley, S | Communications with client and opposing counsel re: effectuation of settlement obligations and timing re: same | 2.00 |
| 12/30/16 | Buckley, S | Communications with client and opposing counsel re: settlement effectuation | 0.20 |

GAWKER MEDIA LLC                                              February 8, 2017
DIP Special Litigation Counsel
Page 3

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
|      |      | TOTAL TIME  | 10.10 |

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Buckley, S | 800.00 | 10.10 | 8,080.00 |
| TOTAL |  | 10.10 | $8,080.00 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---------------------------|--------|
| Local Transportation | 40.88 |
| Total Disbursements | $40.88 |

FED. TAX ID NO. 13-5510029

Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street
33rd Floor
New York, NY 10022

WIRE TRANSFER
CITIBANK, N.A. 153 EAST 53RD STREET, N.Y., N.Y. 10022
ABA #021000089
CAHILL GORDON & REINDEL LLP
A/C #6780031250

BILL NO.

CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702

248341

March 27, 2017

Re: DIP Special Litigation Counsel

| | | |
|---|---|---|
| For professional services rendered in connection with the Mail Online matter for the period January 1, 2017 through February 28, 2017 ............................................................................................................. | $ | 1,200.00 |
| Disbursements and charges ...................................................................... | | 48.06 |
| TOTAL | $ | 1,248.06 |

GAWKER MEDIA LLC                                                    March 27, 2017
DIP Special Litigation Counsel
Page 2

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/04/17 | Buckley, S | Corresp. re: stipulation of discontinuance (.30); corresp. R&G re: status of DM proof of claim (.20) | 0.50 |
| 01/05/17 | Buckley, S | Finalizing stip of discontinuance and communications with opposing counsel and R&G re: same (1.0) | 1.00 |
| | | TOTAL TIME | 1.50 |

-------------------TIME RECAP-------------------

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Buckley, S | 800.00 | 1.50 | 1,200.00 |
| TOTAL | | 1.50 | $1,200.00 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---------------------------|--------|
| Local Transportation | 48.06 |
| Total Disbursements | $48.06 |